UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                                        Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, STEVEN S. STERN,<br><br>                                        Defendants. | ECF CASE<br><br>11-cv-6739 (PKC) |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT CREDIT SUISSE SECURITIES (USA) LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC), by its undersigned counsel, states as follows:

Credit Suisse Securities (USA) LLC is a wholly-owned subsidiary of Credit Suisse (USA), Inc.  Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse

Holdings (USA), Inc., which is a jointly-owned subsidiary of (1) Credit Suisse Group AG, (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group AG, and (3) Credit Suisse AG.  Credit Suisse AG has publicly registered debt securities and warrants in the United States and elsewhere.  Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

September 27, 2011

               CRAVATH, SWAINE & MOORE LLP,

                by
                   s/Michael T. Reynolds
                    Richard W. Clary
                   Michael T. Reynolds
                   Members of the Firm

                Worldwide Plaza
                 825 Eighth Avenue
                 New York, NY 10019
                  (212) 474-1000
                    rclary@cravath.com
                    mreynolds@cravath.com

              *Attorneys for Defendant Credit Suisse*
              *Securities (USA) LLC (f/k/a Credit*
              *Suisse First Boston LLC)*