UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                                        Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, STEVEN S. STERN,<br><br>                                        Defendants. | ECF CASE<br><br>11-cv-6739 (PKC)<br><br>Supreme Court of the State of New York, County of New York, Index No. 652440/2011 |

## NOTICE OF JOINDER IN REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE THAT Defendant Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC), pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), hereby consents to, joins in and adopts as if filed as its own the Notice of Removal filed by the Removing Defendants Morgan Stanley, Morgan Stanley & Co., Inc. (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (d/b/a Morgan Stanley Mortgage Capital, Inc.), Morgan Stanley ABS Capital I, Inc., Morgan Stanley Capital I, Inc., Saxon

Capital, Inc., Saxon Funding Management LLC, and Saxon Asset Securities Company in the United States District Court for the Southern District of New York on September 26, 2011.[1]

September 27, 2011

                                           CRAVATH, SWAINE & MOORE LLP,

              by

                                    s/Michael T. Reynolds
                                          Richard W. Clary
                                       Michael T. Reynolds
                                       Members of the Firm

                                          Worldwide Plaza
                                       825 Eighth Avenue
                                       New York, NY 10019
                                       (212) 474-1000
                                               rclary@cravath.com
                                            mreynolds@cravath.com

                              *Attorneys for Defendant Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC)*

---

[1] The Defendant appears specially for the purpose of removal only.  It reserves all defenses as to jurisdiction, service or otherwise that may be available in this action.