UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
HOME LOAN MORTGAGE
CORPORATION,

                              Plaintiff,

vs.

MORGAN STANLEY, MORGAN STANLEY &
CO., INC., MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC d/b/a MORGAN
STANLEY MORTGAGE CAPITAL, INC.,
MORGAN STANLEY ABS CAPITAL I, INC.,
MORGAN STANLEY CAPITAL I, INC.,
SAXON CAPITAL, INC., SAXON FUNDING
MANAGEMENT LLC f/k/a SAXON FUNDING
MANAGEMENT, INC., SAXON ASSET
SECURITIES COMPANY, CREDIT SUISSE
SECURITIES (USA) LLC f/k/a CREDIT SUISSE
FIRST BOSTON LLC, RBS SECURITIES, INC.
d/b/a RBS GREENWICH CAPITAL and f/k/a
GREENWICH CAPITAL MARKETS, INC.,
GAIL P. MCDONNELL, HOWARD HUBLER,
CRAIG S. PHILLIPS, ALEXANDER C. FRANK,
DAVID R. WARREN, JOHN E.
WESTERFIELD, STEVEN S. STERN,

                              Defendants.

ECF CASE

11-cv-6739 (PKC)

## CERTIFICATE OF SERVICE

       BRYANT M. YU hereby certifies under the penalties of perjury, the following:

       I am over the age of 18 years, not a party to this action and am employed at 825 Eighth Avenue, New York, New York 10019.

       On the 27th day of September, 2011, I served the

- **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CREDIT SUISSE SECURITIES (USA) LLC**

- **NOTICE OF JOINDER IN REMOVAL OF CIVIL ACTION**

upon the following entities in the manner described below:

**<u>BY HAND</u>:**

        Marc E. Kasowitz
        Hector Torres
        Michael S. Shuster
        Christopher P. Johnson
        Charles M. Miller
        Michael A. Hanin
        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
        1633 Broadway
        New York, NY 10019

        *Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation*

**<u>BY CM/ECF</u>:**

        James P. Rouhandeh
        Brian S. Weinstein
        Daniel J. Schwartz
        Nicholas N. George
        Jane M. Morril
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY 10017

        *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated, (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital, Inc., Morgan Stanley ABS Capital I, Inc., Morgan Stanley Capital I., Inc., Saxon Capital, Inc., Saxon Funding Management LLC, and Saxon Asset Securities Company*

        *Also accepting service on behalf of Defendants Gail P. McDonnell, Howard Hubler, Craig S. Phillips, Alexander C. Frank, David R. Warren, John E. Westerfield and Steven S. Stern*

**BY FIRST CLASS MAIL:**

        RBS Securities, Inc. d/b/a RBS Greenwich Capital and
        f/k/a Greenwich Capital Markets, Inc.
        101 Park Avenue
        New York, NY 10178

I certify under the penalties of perjury that the foregoing is true and correct.

Executed on September 27, 2011.

                                              _____
                                              BRYANT M. YU