UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

FEDERAL HOUSING FINANCE AGENCY,

        Plaintiff,

    - against -                        11 Civ. 6739

MORGAN STANLEY, ET. AL.,          <u>AFFIDAVIT OF SERVICE</u>

        Defendant.

---------------------------------------- x

STATE OF NEW YORK    )
                             : ss
COUNTY OF NEW YORK  )

        CHARMAINE BARRETT, being duly sworn, deposes and says:

        I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 and that on September 26, 2011 at approximately 7:02 p.m., I served the foregoing Notice of Removal, Morgan Stanley Defendants' Rule 7.1 Disclosure, and Civil Cover Sheet upon Kasowitz, Benson, Torres & Friedman LLP by delivering a true copy of same by hand to Paul Perez, who was identified as the officer authorized to accept said service upon Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019; and that said individual was an Hispanic male, approximately 35 years of age, 5 feet 7 inches tall, with black hair.

                                                             _____
                                                                  Charmaine Barrett

Sworn to before me this
28th day of September, 2011

_____
Notary Public

LAMINA VUCETOVIC
NOTARY PUBLIC, State of New York
No. 01VU6124664
Qualified in Queens County
Certificate Filed In New York County
Commission Expires March 28, 20__