UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>           Plaintiff,<br><br>    vs.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, STEVEN S. STERN,<br><br>           Defendants. | **ECF CASE**<br><br>11-cv-6739 (PKC) |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Richard W. Clary, with the law firm of Cravath, Swaine & Moore LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendant Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC).

Dated: September 30, 2011

                CRAVATH, SWAINE & MOORE LLP,

   by

                     s/ Richard W. Clary
                     Richard W. Clary
                     Member of the Firm

                Worldwide Plaza
                825 Eighth Avenue
                New York, NY 10019
                (212) 474-1000
                rclary@cravath.com

*Attorneys for Defendant Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC)*