UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                                Plaintiff,<br><br>                vs.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, STEVEN S. STERN,<br><br>                              Defendants. | ECF CASE<br><br>11-cv-6739 (PKC) |

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Michael T. Reynolds, with the law firm of Cravath, Swaine & Moore LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendant Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston LLC).

Dated: September 30, 2011

                                                CRAVATH, SWAINE & MOORE LLP,

                    by
                                        s/ Michael T. Reynolds
                                          Michael T. Reynolds
                                          Member of the Firm

                                  Worldwide Plaza
                                     825 Eighth Avenue
                                     New York, NY 10019
                                        (212) 474-1000
                                               mreynolds@cravath.com

                                *Attorneys for Defendant Credit Suisse*
                                *Securities (USA) LLC (f/k/a Credit*
                                *Suisse First Boston LLC)*