

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE
AGENCY, AS CONSERVATOR FOR THE
FEDERAL HOME LOAN MORTGAGE
CORPORATION,

        Plaintiff,

-against-

MORGAN STANLEY, MORGAN
STANLEY & CO., INC., MORGAN
STANLEY MORTGAGE CAPITAL
HOLDINGS LLC d/b/a MORGAN
STANLEY MORTGAGE CAPITAL, INC.,
MORGAN STANLEY ABS CAPITAL I,
INC., MORGAN STANLEY CAPITAL I,
INC., SAXON CAPITAL, INC., SAXON
FUNDING MANAGEMENT LLC f/k/a
SAXON FUNDING MANAGEMENT,
INC., SAXON ASSET SECURITIES
COMPANY, CREDIT SUISSE
SECURITIES (USA) LLC f/k/a CREDIT
SUISSE FIRST BOSTON LLC, RBS
SECURITIES, INC. d/b/a RBS
GREENWICH CAPITAL and f/k/a
GREENWICH CAPITAL MARKETS,
INC., GAIL P. MCDONNELL, HOWARD
HUBLER, CRAIG S. PHILLIPS,
ALEXANDER C. FRANK, DAVID R.
WARREN, JOHN E. WESTERFIELD, and
STEVEN S. STERN,

        Defendants.

11 Civ. 6739 (PKC)

## STIPULATION AND [PROPOSED] ORDER

This Stipulation is entered into between Plaintiff Federal Housing Finance Agency and

Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co.

LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley

Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, Craig S. Phillips, Alexander C. Frank, David R. Warren, John E. Westerfield, and Steven S. Stern (collectively, the "Morgan Stanley Defendants"), Credit Suisse Securities (USA) LLC ("Credit Suisse"), and RBS Securities, Inc. ("RBS," and together with the Morgan Stanley Defendants and Credit Suisse, "Defendants") that:

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, subject to any further agreement between the parties or Order of this Court:

(a) Defendants' time to move to dismiss, answer or otherwise respond to the Complaint in this action is extended until December 2, 2011;

(b) Plaintiff's time to oppose any motion to dismiss or otherwise respond is extended until March 2, 2012;

(c) Defendants' time to reply, as applicable, is extended until April 16, 2012;

(d) neither Plaintiff nor Defendants waive any rights to seek from each other or the Court, or to oppose, any further adjournments or extensions of these deadlines or any other deadlines; and

(e) the entry into this stipulation shall not waive any rights, claims or defenses, all of which are expressly preserved.

2

Dated:   New York, New York
         October 3, 2011

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Kanchana W. Leung
Marc E. Kasowitz
(mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Michael S. Shuster
(mshuster@kasowitz.com)
Christopher P. Johnson
(cjohnson@kasowitz.com)
Michael Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Plaintiff Federal Housing Finance Agency*

DAVIS POLK & WARDELL LLP

By: /s/
James P. Rouhandeh
(rouhandeh@davispolk.com)
Brian S. Weinstein
(brian.weinstein@davispolk.com)
Daniel J. Schwartz
(daniel.schwartz@davispolk.com)
Nicholas N. George
(nicholas.george@davispolk.com)
Jane M. Morril (jane.morril@davispolk.com)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Fax: (212) 701-5581

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, Craig S. Phillips, Alexander C. Frank, David R. Warren, John E. Westerfield, and Steven S. Stern*

CRAVATH, SWAINE & MOORE LLP

By: /s/ M. Reynolds
Richard W. Clary (rclary@cravath.com)
Michael Reynolds (mreynolds@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700

SIMPSON THACHER & BARTLETT LLP

By: /s/ Alan Turner
Thomas C. Rice (trice@stblaw.com)
Alan C. Turner (aturner@stblaw.com)
David J. Woll (dwoll@stblaw.com)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for Credit Suisse Securities (USA) LLC*

*Attorneys for RBS Securities Inc.*

SO ORDERED:

U.S.D.J.

10-4-11

4