**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                         Plaintiff,<br>          v.<br><br>MORGAN STANLEY, MORTGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD  HUBLER, CRAIG S. PHILLIPS,  ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, and STEVEN S. STERN,<br><br>                         Defendants. | No. 3:11-cv-6739 (PKC) |

<u>**NOTICE OF APPEARANCE**</u>

       **PLEASE TAKE NOTICE** that Thomas C. Rice, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. in this action.

|  |  |
|---|---|
| Dated: October 6, 2011 | Respectfully submitted, |
|  | /s/Thomas C. Rice |
|  | Thomas C. Rice |
|  | trice@stblaw.com |
|  | **SIMPSON THACHER & BARTLETT LLP** |
|  | 425 Lexington Avenue |
|  | New York, New York  10017-3954 |
|  | Telephone: 212-455-2000 |
|  | Facsimile: 212-455-2502 |
|  | *Attorneys for Defendant RBS Securities Inc.* |