UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br>          v.<br><br>MORGAN STANLEY, MORTGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, and STEVEN S. STERN,<br><br>                    Defendants. | No. 3:11-cv-6739 (PKC) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David J. Woll, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. in this action.

|  |  |
|---|---|
| Dated:  October 6, 2011 | Respectfully submitted,<br><br>  /s/David J. Woll<br>David J. Woll<br>dwoll@stblaw.com<br><br>**SIMPSON THACHER & BARTLETT LLP**<br>425 Lexington Avenue<br>New York, New York  10017-3954<br>Telephone: 212-455-2000<br>Facsimile: 212-455-2502<br><br>*Attorneys for Defendant RBS Securities Inc.* |