UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br>          v.<br><br>MORGAN STANLEY, MORTGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, and STEVEN S. STERN,<br><br>                    Defendants. | No. 3:11-cv-6739 (PKC) |

## **NOTICE OF CONSENT TO REMOVAL OF CIVIL ACTION**

PLEASE TAKE NOTICE THAT Defendant RBS Securities Inc. ("RBS") hereby consents to the Notice of Removal filed in the above-captioned action by Morgan Stanley, Morgan Stanley & Co., Inc. (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (d/b/a Morgan Stanley Mortgage Capital, Inc.), Morgan Stanley ABS Capital I, Inc., Morgan Stanley Capital I, Inc., Saxon Capital, Inc., Saxon Funding Management

2

LLC, and Saxon Asset Securities Company on September 26, 2011, and joins in the arguments contained therein.

RBS reserves the right to file a supplemental statement in support of its right to have federal jurisdiction maintained over the claims asserted against it.  By consenting to the removal of this matter, RBS does not waive, and expressly preserves all defenses as to jurisdiction, service or otherwise that may be available in this action.

| | |
|---|---|
| Dated:  October 6, 2011 | **SIMPSON THACHER & BARTLETT LLP** |
| | ___/s/Thomas C. Rice_____ |
| | Thomas C. Rice (trice@stblaw.com) |
| | David J. Woll (dwoll@stblaw.com) |
| | Alan Turner (aturner@stblaw.com) |
| | 425 Lexington Avenue |
| | New York, New York  10017-3954 |
| | Telephone: 212-455-2000 |
| | Facsimile: 212-455-2502 |
| | |
| | *Attorneys for Defendant RBS Securities Inc.* |