UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                     Plaintiff,<br><br>          v.<br><br>MORGAN STANLEY, MORTGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD  HUBLER, CRAIG S. PHILLIPS,  ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, and STEVEN S. STERN,<br><br>                     Defendants. | No. 3:11-cv-6739 (PKC) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., by its undersigned counsel, certifies as follows:

Defendant RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. is an indirect wholly-owned subsidiary of The Royal Bank of Scotland Group, plc, a public company

whose stock is traded on the London Stock Exchange. No other publicly held company owns 10 percent or more of the stock of RBS Securities Inc.

Dated:  October 6, 2011                                    **SIMPSON THACHER & BARTLETT LLP**

                                                                  /s/Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
425 Lexington Avenue
New York, New York  10017-3954
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for Defendant RBS Securities Inc.*