UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEDERAL HOUSING FINANCE AGENCY, etc.,

                              Plaintiff,

              -against-                                          11 Civ. 6189 (LAK)

HSBC NORTH AMERICA HOLDINGS, INC., et al.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Other Cases Brought by this Plaintiff:

                  11 Civ. 5201 (VM)
                  11 Civ. 6188 (DLC)
                  11 Civ. 6190 (DAB)
                  11 Civ. 6192 (LAK)
                  11 Civ. 6193 (PGG)
                  11 Civ. 6195 (JFK)
                  11 Civ. 6196 (PAC)
                  11 Civ. 6198 (DAB)
                  11 Civ. 6200 (RPP)
                  11 Civ. 6201 (JFK)
                  11 Civ. 6202 (DLC)
                  11 Civ. 6203 (JSR)
                  11 Civ. 6739 (PKC)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

              With the consent of Judge Castel, the orders entered in these cases on September 16,
2011 and September 21, 2011, shall apply also to 11 Civ. 6739 (PKC).

              SO ORDERED.

Dated:        October 11, 2011

                                                    _____
                                                            Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/11/11