UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
FEDERAL HOUSING FINANCE AGENCY, AS :
CONSERVATOR FOR THE FEDERAL :
NATIONAL MORTGAGE ASSOCIATION :
AND THE FEDERAL HOME LOAN :
MORTGAGE CORPORATION, :
:
          Plaintiff, :
:
  -against- :
:
MORGAN STANLEY, MORGAN :
STANLEY & CO., INC., MORGAN :
STANLEY MORTGAGE CAPITAL :
HOLDINGS LLC d/b/a MORGAN :
STANLEY MORTGAGE CAPITAL, INC., :   11 Civ. 06739 (PKC)
MORGAN STANLEY ABS CAPITAL I, :
INC., MORGAN STANLEY CAPITAL I, :
INC., SAXON CAPITAL, INC., SAXON :
FUNDING MANAGEMENT LLC f/k/a :   **NOTICE OF**
SAXON FUNDING MANAGEMENT, INC., :   **APPEARANCE**
SAXON ASSET SECURITIES :
COMPANY, CREDIT SUISSE SECURITIES :
(USA) LLC f/k/a CREDIT SUISSE FIRST :
BOSTON LLC, RBS SECURITIES, INC. d/b/a :
RBS GREENWICH CAPITAL and f/k/a :
GREENWICH CAPITAL MARKETS, INC., :
GAIL P. MCDONNELL, HOWARD :
HUBLER, CRAIG S. PHILLIPS, :
ALEXANDER C. FRANK, DAVID R. :
WARREN, JOHN E. WESTERFIELD, and :
STEVEN S. STERN, :
:
          Defendants. :
----------------------------------------- X

    PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation in the above action.

DATED:  New York, New York
October 18th, 2011

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

        /s/ Marc E. Kasowitz
        Marc E. Kasowitz
        (mkasowitz@kasowitz.com)
        Kasowitz, Benson, Torres & Friedman LLP
        1633 Broadway
        New York, NY  10019
        (212) 506-1700

*Attorneys for Federal Finance Housing Agency, as conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation*