UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

        Plaintiff,

  -against-

MORGAN STANLEY, MORGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, and STEVEN S. STERN,

        Defendants.
---------------------------------------- X

11 Civ. 06739 (PKC)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Federal Finance Housing Agency, as conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation in the above action.

DATED:  New York, New York
October 18th, 2011

                                       KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

/s/ Michael A. Hanin
_____
Michael A. Hanin
(mhanin@kasowitz.com)
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

*Attorneys for Federal Finance Housing Agency, as conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation*