Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Michael S. Shuster (mshuster@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Charles M. Miller (cmiller@kasowitz.com)
Michael A. Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung (kleung@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel:     (212) 506-1700

*Attorneys for Plaintiff Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>       -against-<br><br>MORGAN STANLEY, MORGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a, GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, STEVEN S. STERN,<br><br>                    Defendants. | **11 Civ. 6739 (PKC) (GWG)**<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the attached declaration of Kanchana Wangkeo Leung, dated October 26, 2011, and exhibits thereto, and the accompanying memorandum of law, Plaintiff Federal Housing Finance Agency, by and through its undersigned attorneys, moves this Court before the Honorable P. Kevin Castel, United States District Court Judge, United States District Court, Southern District of New York, for an order, pursuant to 28 U.S.C. §§ 1447(c), 1452(b), and 1334(c), (i) remanding this removed action to the Supreme Court of the State of New York, New York County, and (ii) awarding Plaintiff its costs and expenses, including attorneys' fees, incurred as a result of this removal.

DATED:   New York, New York
         October 26, 2011

          KASOWITZ, BENSON, TORRES
           & FRIEDMAN LLP

By:  /s/ Marc E. Kasowitz
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Michael S. Shuster (mshuster@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Charles M. Miller (cmiller@kasowitz.com)
Michael A. Hanin (mhanin@kasowitz.com)
Kanchana Wangkeo Leung (kleung@kasowitz.com)

1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation*

TO:   James P. Rouhandeh (james.rouhandeh@dpw.com)
Nicholas Norman George (nicholas.george@davispolk.com)
Jane Marion Morril (jane.morril@dpw.com)
Daniel Jacob Schwartz (daniel.schwartz@dpw.com)
Brian Stryker Weinstein (brian.weinstein@dpw.com)
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212) 450-4835
*Counsel for Defendants Morgan Stanley,*
*Morgan Stanley & Co., Inc, Morgan Stanley*
*Mortgage Capital Holdings LLC, Morgan Stanley*
*ABS Capital I, Inc., Saxon Capital, Inc.,*
*Saxon Funding Management LLC,* and *Saxon Asset*
*Securities Company,* and accepting service on behalf
of *Individual Defendants Gail P. McDonnell,*
*Howard Hubler, Craig S. Phillips, Alexander C. Frank,*
*David R. Warren, John E. Westerfield,* and *Steven S.*
*Stern*

Richard W. Clary (rclary@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
*Counsel for Defendant Credit Suisse Securities (USA) LLC*

Thomas C. Rice (trice@stblaw.com)
Alan Craig Turner (aturner@stblaw.com)
David W. Woll (dwoll@stblaw.com)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*Counsel for RBS Securities, Inc*.