USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
ATE FILED: 11/16/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :    11 Civ. 5201 (DLC)
                                          :
UBS AMERICAS, INC., et al.,               :
                        Defendants.       :
                                          :
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :    11 Civ. 6188 (DLC)
                                          :
JPMORGAN CHASE & CO., et al.,             :
                        Defendants.       :
                                          :
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :    11 Civ. 6189 (DLC)
                                          :
HSBC NORTH AMERICA HOLDINGS, INC., et     :
al.,                                      :
                        Defendants.       :
                                          X
----------------------------------------  :
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                        Plaintiff,        :
              -v-                         :    11 Civ. 6190 (DLC)
                                          :
BARCLAYS BANK PLC, et al.,                :
                        Defendants.       :
                                          :
---------------------------------------- X

```
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                        Plaintiff,         :
                -v-                        :    11 Civ. 6192 (DLC)
                                           :
DEUTSCHE BANK AG, et al.,                  :
                        Defendants.        :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                        Plaintiff,         :
                -v-                        :    11 Civ. 6193 (DLC)
                                           :
FIRST HORIZON NATIONAL CORP., et al.,      :
                        Defendants.        :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                        Plaintiff,         :
                -v-                        :    11 Civ. 6195 (DLC)
                                           :
BANK OF AMERICA CORP., et al.,             :
                        Defendants.        :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                        Plaintiff,         :
                -v-                        :    11 Civ. 6196 (DLC)
                                           :
CITIGROUP INC., et al.,                    :
                        Defendants.        :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                        Plaintiff,         :
                -v-                        :    11 Civ. 6198 (DLC)
                                           :
GOLDMAN, SACHS & CO., et al.,              :
                        Defendants.        :
                                           :
------------------------------------------X
```

```
------------------------------------------- X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
             -v-                           :         11 Civ. 6200 (DLC)
                                           :
CREDIT SUISSE HOLDINGS (USA), INC., et     :
al.,                                       :
                    Defendants.            :
                                           :
------------------------------------------- X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
             -v-                           :         11 Civ. 6201 (DLC)
                                           :
NOMURA HOLDING AMERICA, INC., et al.,      :
                    Defendants.            :
                                           :
------------------------------------------- X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
             -v-                           :         11 Civ. 6202 (DLC)
                                           :
MERRILL LYNCH & CO., INC., et al.,         :
                    Defendants.            :
                                           :
------------------------------------------- X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
             -v-                           :         11 Civ. 6203 (DLC)
                                           :
SG AMERICAS, INC., et al.,                 :
                    Defendants.            :
                                           :
------------------------------------------X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
             -v-                           :         11 Civ. 6739 (DLC)
                                           :
MORGAN STANLEY, et al.,                    :
                    Defendants.            :
                                           :
------------------------------------------X
```

```
----------------------------------------- X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                      Plaintiff,          :
            -v-                           :         11 Civ. 6916 (DLC)
                                          :
COUNTRYWIDE FINANCIAL CORP., et al.,      :
                      Defendants.         :
                                          :
----------------------------------------- X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                      Plaintiff,          :
            -v-                           :         11 Civ. 7010 (DLC)
                                          :
ALLY FINANCIAL INC., et al.,              :
                      Defendants.         :
                                          :
-----------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                      Plaintiff,          :
            -v-                           :
                                          :
GENERAL ELECTRIC COMPANY, et al.,         :         11 Civ. 7048 (DLC)
                      Defendants.         :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    These actions are now assigned to me for all purposes.  It
is hereby

    ORDERED that the time to answer or to move to dismiss the
complaint in all actions is stayed, with the exception of the
action with docket number 11 Civ. 5201 (the "5201 Action").  The
motion to dismiss to be filed in the 5201 Action on December 2,
2011 ("December 2 Motion"), shall address any of the seven
grounds identified on pages four and five of the Defendants'

4

Proposal for the Efficient and Convenient Handling of These Cases as potential grounds for common dismissal motions applicable in that action.

IT IS FURTHER ORDERED that there will be a conference for all parties in all actions on December 2, 2011 at 2:00 p.m.  At the conference, the Court will discuss with the parties, inter alia, the scheduling of motion practice and discovery in these actions, and a proposed schedule for any amendment of the complaint in the 5201 Action.  Under that proposed schedule, any amended complaint in the 5201 Action in response to any argument made in the December 2 Motion shall be due on December 21, with no further opportunity to amend.  If no amendment is made in the 5201 Action, then opposition to the December 2 Motion would be due January 6, 2012.  Any reply would be due January 27.

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or hand delivery to the Honorable Denise Cote, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:    New York, New York
          November 16, 2011

_____
DENISE COTE
United States District Judge

5