UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br>    -against-<br><br>MORGAN STANLEY, MORGAN STANLEY & CO., INC., MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC d/b/a MORGAN STANLEY MORTGAGE CAPITAL, INC., MORGAN STANLEY ABS CAPITAL I, INC., MORGAN STANLEY CAPITAL I, INC., SAXON CAPITAL, INC., SAXON FUNDING MANAGEMENT LLC f/k/a SAXON FUNDING MANAGEMENT, INC., SAXON ASSET SECURITIES COMPANY, CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC, RBS SECURITIES, INC. d/b/a RBS GREENWICH CAPITAL and f/k/a, GREENWICH CAPITAL MARKETS, INC., GAIL P. MCDONNELL, HOWARD HUBLER, CRAIG S. PHILLIPS, ALEXANDER C. FRANK, DAVID R. WARREN, JOHN E. WESTERFIELD, STEVEN S. STERN,<br><br>      Defendants. | 11 Civ. 6739 (PKC) (GWG) |

### SUPPLEMENTAL DECLARATION OF KANCHANA WANGKEO LEUNG IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR REMAND

  KANCHANA WANGKEO LEUNG, an attorney admitted to the Bar of this Court, hereby declares pursuant to 28 U.S.C. § 1746:

  1. I am a member of Kasowitz, Benson, Torres & Friedman LLP, counsel for Plaintiff Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, in this action.

I am familiar with the facts and circumstances of this case. I submit this supplemental declaration in further support of Plaintiff's motion to remand this case to the Supreme Court of the State of New York, New York County, pursuant to 28 U.S.C. §§ 1447(c), 1452(b), and 1334(c).

**Accredited Home Lenders Holding Co. Bankruptcy**

2. Annexed hereto as **Exhibit 66** is a true and correct copy of the current Claims Register in *In re Accredited Home Lenders Holding Co., et al.*, No. 09-11516 (MFW) (Bankr. D. Del.), filed October 4, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2011
New York, New York

_____
Kanchana Wangkeo Leung