USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2011

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
            -v-                         :   11 Civ. 5201 (DLC)
                                        :
UBS AMERICAS, INC., et al.,             :
                    Defendants.         :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
            -v-                         :   11 Civ. 6188 (DLC)
                                        :
JPMORGAN CHASE & CO., et al.,           :
                    Defendants.         :
                                        :
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
            -v-                         :   11 Civ. 6189 (DLC)
                                        :
HSBC NORTH AMERICA HOLDINGS, INC., et   :
al.,                                    :
                    Defendants.         :
                                        X
----------------------------------------:
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
            -v-                         :   11 Civ. 6190 (DLC)
                                        :
BARCLAYS BANK PLC, et al.,              :
                    Defendants.         :
                                        :
----------------------------------------X
```

```
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                    Plaintiff,         :
           -v-                         :      11 Civ. 6192 (DLC)
                                       :
DEUTSCHE BANK AG, et al.,              :
                    Defendants.        :
                                       :
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                    Plaintiff,         :
           -v-                         :      11 Civ. 6193 (DLC)
                                       :
FIRST HORIZON NATIONAL CORP., et al.,  :
                    Defendants.        :
                                       :
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                    Plaintiff,         :
           -v-                         :      11 Civ. 6195 (DLC)
                                       :
BANK OF AMERICA CORP., et al.,         :
                    Defendants.        :
                                       :
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                    Plaintiff,         :
           -v-                         :      11 Civ. 6196 (DLC)
                                       :
CITIGROUP INC., et al.,                :
                    Defendants.        :
                                       :
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                    Plaintiff,         :
           -v-                         :      11 Civ. 6198 (DLC)
                                       :
GOLDMAN, SACHS & CO., et al.,          :
                    Defendants.        :
                                       :
---------------------------------------X
```

```
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
               -v-                          :      11 Civ. 6200 (DLC)
                                            :
CREDIT SUISSE HOLDINGS (USA), INC., et      :
al.,                                        :
                    Defendants.             :
                                            :
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
               -v-                          :      11 Civ. 6201 (DLC)
                                            :
NOMURA HOLDING AMERICA, INC., et al.,       :
                    Defendants.             :
                                            :
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
               -v-                          :      11 Civ. 6202 (DLC)
                                            :
MERRILL LYNCH & CO., INC., et al.,          :
                    Defendants.             :
                                            :
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
               -v-                          :      11 Civ. 6203 (DLC)
                                            :
SG AMERICAS, INC., et al.,                  :
                    Defendants.             :
                                            :
------------------------------------------ X
                                            :
FEDERAL HOUSING FINANCE AGENCY, etc.,       :
                    Plaintiff,              :
               -v-                          :      11 Civ. 6739 (DLC)
                                            :
MORGAN STANLEY, et al.,                     :
                    Defendants.             :
                                            :
------------------------------------------ X
```

```
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                Plaintiff,                 :
           -v-                             :       11 Civ. 6916 (DLC)
                                           :
COUNTRYWIDE FINANCIAL CORP., et al.,       :
                Defendants.                :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                Plaintiff,                 :
           -v-                             :       11 Civ. 7010 (DLC)
                                           :
ALLY FINANCIAL INC., et al.,               :
                Defendants.                :
                                           :
------------------------------------------X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                Plaintiff,                 :
           -v-                             :
                                           :
GENERAL ELECTRIC COMPANY, et al.,          :       11 Civ. 7048 (DLC)
                Defendants.                :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

    On December 2, 2011, the defendants in 11-Civ-5201 filed a motion to dismiss the complaint pursuant to Rules 8(a) and 12(b)(6), Fed. R. Civ. P.  As set forth at the pretrial conference held on December 2, 2011, it is hereby

    ORDERED that in 11-Civ-5201, plaintiffs shall file any amended complaint by **December 21, 2011**.  If no amended complaint is filed, plaintiffs shall serve any opposition to the motion to

4

dismiss by **January 6, 2012**.  Defendants' reply, if any, shall be served by **January 27**.

   IT IS FURTHER ORDERED that in 11-Civ-6188, the defendants shall file any motion to dismiss the plaintiffs' complaint by **January 6, 2012**.  The plaintiffs shall file any amended complaint by **January 27, 2012**.  If no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by **February 3, 2012**.  Defendants' reply, if any, shall be served by **February 17, 2012**.

   IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or hand delivery to the Honorable Denise Cote, United States Courthouse, 500 Pearl Street, New York, NY 10007.

   IT IS FURTHER ORDERED that the parties in all of the cases in the caption above shall submit by **January 10, 2012**, a joint report, or if necessary separate reports from plaintiffs and from defendants, on the sequencing of discovery, protective orders, e-discovery, the sampling of loan files, limits on

depositions, and the timeframes regarding document production, depositions, and expert discovery.

SO ORDERED:

Dated:   New York, New York
         December 5, 2011

                                   _____
                                        DENISE COTE
                                   United States District Judge