USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/16/2011

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY, etc.,    :
                    Plaintiff,           :
            -v-                          :    11 Civ. 5201 (DLC)
                                         :
UBS AMERICAS, INC., et al.,              :
                    Defendants.          :
                                         :
-----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY, etc.,    :
                    Plaintiff,           :
            -v-                          :    11 Civ. 6188 (DLC)
                                         :
JPMORGAN CHASE & CO., et al.,            :
                    Defendants.          :
                                         :
-----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY, etc.,    :
                    Plaintiff,           :
            -v-                          :    11 Civ. 6192 (DLC)
                                         :
DEUTSCHE BANK AG, et al.,                :
                    Defendants.          :
                                         :
----------------------------------------- X
                                         :
FEDERAL HOUSING FINANCE AGENCY, etc.,    :
                    Plaintiff,           :
            -v-                          :    11 Civ. 6198 (DLC)
                                         :
GOLDMAN, SACHS & CO., et al.,            :
                    Defendants.          :
                                         :
-----------------------------------------X
```

```
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,            :
              -v-                         :         11 Civ. 6202 (DLC)
                                          :
MERRILL LYNCH & CO., INC., et al.,        :
                    Defendants.           :
                                          :
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,            :
              -v-                         :         11 Civ. 6739 (DLC)
                                          :
MORGAN STANLEY, et al.,                   :
                    Defendants.           :
                                          :
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,            :
              -v-                         :         11 Civ. 6916 (DLC)
                                          :
COUNTRYWIDE FINANCIAL CORP., et al.,      :
                    Defendants.           :
                                          :
------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,            :
              -v-                         :         11 Civ. 7010 (DLC)
                                          :
ALLY FINANCIAL INC., et al.,              :
                    Defendants.           :         ORDER
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

By Order of December 5, 2011 (the "December 5 Order"), the Court set deadlines for any motion to dismiss and amended complaint in 11-Civ-6188. On December 15, 2011, the Court received a letter from the defendants in 11-Civ-6188, 11-Civ-

6192, 11-Civ-6198, 11-Civ-6202, 11-Civ-6739, 11-Civ-6916, and 11-Civ-7010 requesting, without objection from plaintiff, that there be no second "test case" for a motion to dismiss in a case that asserts fraud claims. Accordingly, it is hereby

ORDERED that those portions of the December 5 Order that set deadlines for a motion dismiss and amended complaint in 11-Civ-6188 are hereby vacated.

IT IS FURTHER ORDERED that the time to answer or to move to dismiss the complaint in 11-Civ-6188 is stayed.

SO ORDERED:

Dated:   New York, New York
         December 16, 2011

_____
DENISE COTE
United States District Judge