USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, -v- UBS AMERICAS, INC., et al., Defendants. | 11 Civ. 5201 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, -v- JPMORGAN CHASE & CO., et al., Defendants. | 11 Civ. 6188 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, -v- HSBC NORTH AMERICA HOLDINGS, INC., et al., Defendants. | 11 Civ. 6189 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, -v- BARCLAYS BANK PLC, et al., Defendants. | 11 Civ. 6190 (DLC) |

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>-v-<br>DEUTSCHE BANK AG, et al.,<br>Defendants. | 11 Civ. 6192 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>-v-<br>FIRST HORIZON NATIONAL CORP., et al.,<br>Defendants. | 11 Civ. 6193 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>-v-<br>BANK OF AMERICA CORP., et al.,<br>Defendants. | 11 Civ. 6195 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>-v-<br>CITIGROUP INC., et al.,<br>Defendants. | 11 Civ. 6196 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc.,<br>Plaintiff,<br>-v-<br>GOLDMAN, SACHS & CO., et al.,<br>Defendants. | 11 Civ. 6198 (DLC) |

---------------------------------------- X

FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff,

-v-

CREDIT SUISSE HOLDINGS (USA), INC., et al., Defendants.

11 Civ. 6200 (DLC)

---------------------------------------- X

FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff,

-v-

NOMURA HOLDING AMERICA, INC., et al., Defendants.

11 Civ. 6201 (DLC)

---------------------------------------- X

FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff,

-v-

MERRILL LYNCH & CO., INC., et al., Defendants.

11 Civ. 6202 (DLC)

---------------------------------------- X

FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff,

-v-

SG AMERICAS, INC., et al., Defendants.

11 Civ. 6203 (DLC)

----------------------------------------X

FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff,

-v-

MORGAN STANLEY, et al., Defendants.

11 Civ. 6739 (DLC)

----------------------------------------X

| | |
|---|---|
| VNB REALTY, INC., Plaintiff, -v- BANK OF AMERICA CORPORATION, et al., Defendants. | 11 Civ. 6805 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, -v- COUNTRYWIDE FINANCIAL CORP., et al., Defendants. | 11 Civ. 6916 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, -v- ALLY FINANCIAL INC., et al., Defendants. | 11 Civ. 7010 (DLC) |
| FEDERAL HOUSING FINANCE AGENCY, etc., Plaintiff, -v- GENERAL ELECTRIC COMPANY, et al., Defendants. | 11 Civ. 7048 (DLC)<br>ORDER |

DENISE COTE, District Judge:

As set forth at the pretrial conference held on December 2, 2011, it is hereby

ORDERED that Mr. Philippe Zuard Selendy of Quinn Emanuel Urquhart Oliver & Hedges shall serve as liaison counsel for plaintiffs in the above-captioned actions, and shall ensure that all plaintiffs' attorneys in these actions receive notice of Court Orders.

IT IS FURTHER ORDERED that Mr. Jay B. Kasner of Skadden, Arps, Slate, Meagher & Flom LLP shall serve as liaison counsel for defendants in the above-captioned actions, and shall ensure that all defense attorneys in these actions receive notice of Court Orders.

IT IS FURTHER ORDERED that deliveries requiring immediate attention shall be delivered to Chambers by hand delivery to the Courthouse entrance located on Worth Street. Counsel or courier shall inform the Court Security Officers that the delivery is for immediate pickup and shall call Chambers or request Court Security Officers to call Chambers.

SO ORDERED:

Dated: New York, New York
December 16, 2011

DENISE COTE
United States District Judge