```
                                            ┌─────────────────────────────┐
                                            │ USDC SDNY                   │
                                            │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK               │ DOC #: _____      │
----------------------------------------X   │ DATE FILED: 2/6/12          │
                                       :    └─────────────────────────────┘
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                         Plaintiff,    :
            -v-                        :      11 Civ. 5201  (DLC)
                                       :
UBS AMERICAS, INC., et al.,            :
                         Defendants.   :
                                       :
----------------------------------------X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                         Plaintiff,    :
            -v-                        :      11 Civ. 6188  (DLC)
                                       :
JPMORGAN CHASE & CO., et al.,          :
                         Defendants.   :
                                       :
----------------------------------------X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                         Plaintiff,    :
            -v-                        :      11 Civ. 6189  (DLC)
                                       :
HSBC NORTH AMERICA HOLDINGS, INC., et  :
al.,                                   :
                         Defendants.   :
                                       X
---------------------------------------- :
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                         Plaintiff,    :
            -v-                        :      11 Civ. 6190  (DLC)
                                       :
BARCLAYS BANK PLC, et al.,             :
                         Defendants.   :
                                       :
---------------------------------------- X
```

```
--------------------------------------- X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :        11 Civ. 6192 (DLC)
                                        :
DEUTSCHE BANK AG, et al.,               :
                    Defendants.         :
                                        :
--------------------------------------- X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :        11 Civ. 6193 (DLC)
                                        :
FIRST HORIZON NATIONAL CORP., et al.,   :
                    Defendants.         :
                                        :
--------------------------------------- X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :        11 Civ. 6195 (DLC)
                                        :
BANK OF AMERICA CORP., et al.,          :
                    Defendants.         :
                                        :
--------------------------------------- X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :        11 Civ. 6196 (DLC)
                                        :
CITIGROUP INC., et al.,                 :
                    Defendants.         :
                                        :
--------------------------------------- X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                    Plaintiff,          :
          -v-                           :        11 Civ. 6198 (DLC)
                                        :
GOLDMAN, SACHS & CO., et al.,           :
                    Defendants.         :
                                        :
---------------------------------------X
```

```
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                      Plaintiff,       :
            -v-                        :       11 Civ. 6200 (DLC)
                                       :
CREDIT SUISSE HOLDINGS (USA), INC., et :
al.,                                   :
                      Defendants.      :
                                       :
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                      Plaintiff,       :
            -v-                        :       11 Civ. 6201 (DLC)
                                       :
NOMURA HOLDING AMERICA, INC., et al.,  :
                      Defendants.      :
                                       :
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                      Plaintiff,       :
            -v-                        :       11 Civ. 6202 (DLC)
                                       :
MERRILL LYNCH & CO., INC., et al.,     :
                      Defendants.      :
                                       :
-------------------------------------- X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                      Plaintiff,       :
            -v-                        :       11 Civ. 6203 (DLC)
                                       :
SG AMERICAS, INC., et al.,             :
                      Defendants.      :
                                       :
-------------------------------------X
                                       :
FEDERAL HOUSING FINANCE AGENCY, etc.,  :
                      Plaintiff,       :
            -v-                        :       11 Civ. 6739 (DLC)
                                       :
MORGAN STANLEY, et al.,                :
                      Defendants.      :
                                       :
-------------------------------------X
```

```
------------------------------------ X
                                     :
VNB REALTY, INC.,                    :
                  Plaintiff,         :
             -v-                     :      11 Civ. 6805 (DLC)
                                     :
BANK OF AMERICA CORPORATION, et al., :
                  Defendants.        :
                                     :
-------------------------------------X
                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,:
                  Plaintiff,         :
             -v-                     :      11 Civ. 6916 (DLC)
                                     :
COUNTRYWIDE FINANCIAL CORP., et al., :
                  Defendants.        :
                                     :
------------------------------------ X
                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,:
                  Plaintiff,         :
             -v-                     :      11 Civ. 7010 (DLC)
                                     :
ALLY FINANCIAL INC., et al.,         :
                  Defendants.        :
                                     :
-------------------------------------X
                                     :
FEDERAL HOUSING FINANCE AGENCY, etc.,:
                  Plaintiff,         :
             -v-                     :      11 Civ. 7048 (DLC)
                                     :
GENERAL ELECTRIC COMPANY, et al.,    :              ORDER
                  Defendants.        :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the Court's December 5, 2011 Order, the parties
have submitted proposals on January 10 and 13 for the management
of discovery in these cases.  The plaintiff submitted a letter
of January 17 addressed to the defendants' January 13 filing.
On February 2, the parties provided a status report on their
negotiations concerning electronic discovery and a protective
order.  The parties continue to discuss a protocol for the
sampling of loan files.  In their submissions, the parties
explain that there are 17 groups of affiliated defendants
containing 83 entity defendants.  It is hereby

ORDERED that within seven days of the Court's ruling on the
motion to dismiss in Federal Housing Finance Agency v. UBS
Americas, Inc., et al., 10 Civ. 5201, any defendant who believes
that a continuation of the discovery stay is appropriate in its
particular case shall submit a letter-brief of no more than five
pages setting forth the reasons for which the stay should be
continued.  In each case in which such a letter-brief is filed,
the stay shall be continued until the Court has acted on the
application.

IT IS FURTHER ORDERED that the plaintiff's application for
permission to serve initial document requests is granted.  The
deadline for responding to these requests will be discussed at

any Rule 26(f) conference that may follow a decision on the
motion to dismiss.

IT IS FURTHER ORDERED that the plaintiff's application for
an order directing the parties to exchange proposed custodian
and search term lists during the pendency of the discovery stay
is denied.

IT IS FURTHER ORDERED that in the event the parties do not
agree on a protocol for the sampling of loan files, the
plaintiff shall submit its proposed protocol by **February 20,
2012**, and the defendants shall submit their proposed protocol by
**February 24, 2012**.

SO ORDERED:

Dated:    New York, New York
          February 6, 2012

                                   DENISE COTE
                        United States District Judge