To be docketed in:

```
-----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,           :
            -v-                          :    11 Civ. 5201 (DLC)
                                         :
UBS AMERICAS, INC., et al.,              :
                    Defendants.          :
                                         :
-----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,           :
            -v-                          :    11 Civ. 6188 (DLC)
                                         :
JPMORGAN CHASE & CO., et al.,            :
                    Defendants.          :
                                         :
-----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,           :
            -v-                          :    11 Civ. 6189 (DLC)
                                         :
HSBC NORTH AMERICA HOLDINGS, INC., et    :
al.,                                     :
                    Defendants.          :
                                         X
------------------------------------     :
                                         :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,           :
            -v-                          :    11 Civ. 6190 (DLC)
                                         :
BARCLAYS BANK PLC, et al.,               :
                    Defendants.          :
                                         :
---------------------------------------  X
```

```
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
               -v-                         :      11 Civ. 6192 (DLC)
                                           :
DEUTSCHE BANK AG, et al.,                  :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
               -v-                         :      11 Civ. 6193 (DLC)
                                           :
FIRST HORIZON NATIONAL CORP., et al.,      :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
               -v-                         :      11 Civ. 6195 (DLC)
                                           :
BANK OF AMERICA CORP., et al.,             :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
               -v-                         :      11 Civ. 6196 (DLC)
                                           :
CITIGROUP INC., et al.,                    :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                    Plaintiff,             :
               -v-                         :      11 Civ. 6198 (DLC)
                                           :
GOLDMAN, SACHS & CO., et al.,              :
                    Defendants.            :
                                           :
-------------------------------------------X
```

```
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                         Plaintiff,        :
              -v-                          :    11 Civ. 6200 (DLC)
                                           :
CREDIT SUISSE HOLDINGS (USA), INC., et     :
al.,                                       :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                         Plaintiff,        :
              -v-                          :    11 Civ. 6201 (DLC)
                                           :
NOMURA HOLDING AMERICA, INC., et al.,      :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                         Plaintiff,        :
              -v-                          :    11 Civ. 6202 (DLC)
                                           :
MERRILL LYNCH & CO., INC., et al.,         :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                         Plaintiff,        :
              -v-                          :    11 Civ. 6203 (DLC)
                                           :
SG AMERICAS, INC., et al.,                 :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
FEDERAL HOUSING FINANCE AGENCY, etc.,      :
                         Plaintiff,        :
              -v-                          :    11 Civ. 6739 (DLC)
                                           :
MORGAN STANLEY, et al.,                    :
                         Defendants.       :
                                           :
------------------------------------------ X
```

```
------------------------------------------X
                                          :
VNB REALTY, INC.,                         :
                    Plaintiff,            :
          -v-                             :       11 Civ. 6805 (DLC)
                                          :
BANK OF AMERICA CORPORATION, et al.,      :
                    Defendants.           :
                                          :
-------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,            :
          -v-                             :       11 Civ. 6916 (DLC)
                                          :
COUNTRYWIDE FINANCIAL CORP., et al.,      :
                    Defendants.           :
                                          :
------------------------------------------ X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,            :
          -v-                             :       11 Civ. 7010 (DLC)
                                          :
ALLY FINANCIAL INC., et al.,              :
                    Defendants.           :
                                          :
-------------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY, etc.,     :
                    Plaintiff,            :
          -v-                             :       11 Civ. 7048 (DLC)
                                          :
GENERAL ELECTRIC COMPANY, et al.,         :
                    Defendants.           :
                                          :
-------------------------------------------X
```

QUINN EMANUEL

WRITER'S DIRECT DIAL NO.
(212) 849-7260

WRITER'S INTERNET ADDRESS
philippeselendy@quinnemanuel.com

**MEMO ENDORSED** 2/16/12

February 15, 2012

**VIA HAND DELIVERY**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re: *FHFA v. UBS Americas, Inc., 11 Civ. 5201 (DLC), et al.*

Dear Judge Cote:

We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, in regard to your Order dated February 6, 2012. In that Order, Your Honor directed FHFA, in the event it could not agree on a sampling protocol with Defendants, to submit a proposed protocol by February 20, 2012, and Defendants to submit their proposal by February 24, 2012.

FHFA respectfully requests a brief adjournment to February 29, 2012 to permit it to work with its sampling expert to develop a meaningful proposal. Defendants informed FHFA that they consent to this request provided that Defendants be afforded until March 14, 2012 to make their submission to the Court, to which FHFA agreed.

Thank you for Your Honor's consideration.

Respectfully submitted,

Philippe Z. Selendy

cc: Liaison Counsel for Defendants (by electronic mail)

Granted.
Denise Cote
Feb. 16, 2012