**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7175**

WRITER'S INTERNET ADDRESS
**sascharand@quinnemanuel.com**

April 11, 2013

<u>VIA EMAIL</u>

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-131

Re:   *FHFA v. Merrill Lynch & Co., Inc., et al.*, No. 11 Civ. 6202 (DLC) and *FHFA v. JP Morgan, et al.*, No. 11-cv- 6188 (DLC) (together, the "Tranche 2 Actions"); *FHFA v. Deutsche Bank AG, et al.*, 11-cv-6192, *FHFA v. Goldman Sachs & Co., et al.*, 11-cv-6198, and *FHFA v. Credit Suisse Holdings (USA), Inc., et al.*, 11-cv-6200 (collectively, the "Tranche 3 Actions"); *FHFA v. HSBC North America Holdings, Inc., et al.*, 11-cv-6189, *FHFA v. Barclays Bank PLC, et al.*, 11-cv-6190, *FHFA v. First Horizon National Corp., et al.*, 11-cv-6193, *FHFA v. Bank of America Corp., et al.*, 11-cv-6195, *FHFA v. Citigroup, et al.*, 11-cv-6196, *FHFA v. Nomura Holding America, Inc., et al.*, 11-cv-6201, *FHFA v. SG Americas, Inc., et al.*, 11-cv-6203, *FHFA v. Morgan Stanley, et al.*, 11-cv-6739, and *FHFA v. Ally Financial, Inc., et al.*, 11-cv-7010 (collectively, the "Tranche 4 Actions")

Dear Judge Cote:

    Pursuant to the instructions received from Chambers on April 8, 2013 and the additional meet and confer discussions between the parties, we write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") to update the Court regarding the status of Loan File production in the Tranche 2, 3, and 4 Actions.

    First, the parties have reached agreement regarding the relief requested in FHFA's April 4, 2013 status letter concerning loan file production. Specifically, FHFA and Defendants have agreed as follows:

- by April 12, 2013, each Defendant will confirm that outstanding Sample Loans relevant to their cases are covered by a subpoena to the relevant servicer, and, if not, confer with servicers and serve new or amended subpoenas if necessary;

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

- by April 19, 2013, Defendants will identify any servicers that have not agreed to complete production of outstanding sample Loan Files by April 19, 2013 and will convey this information to FHFA. Defendants understand that FHFA may, in its sole determination, immediately seek relief from the Court with respect to the servicers that have not agreed to the April 19, 2013 completion date;

- by April 19, 2013, Defendants will provide a status report to FHFA on production of the Loan Files in the Tranche 2, 3, and 4 cases that have not been produced by servicers (including from servicers that are Defendants or affiliated with Defendants); and

- by April 19, 2013, Defendants will provide a status report to FHFA on production of Loan Files in the Tranche 2, 3, and 4 cases that have not yet been produced by Defendant originators or originators that are affiliated with Defendants.

Second, based on its meet and confers with Defendants, FHFA is supplementing its April 4 letter regarding the status of loan file production in Tranche 2, 3 and 4 Actions as follows:[1]

**Status of Loan File Production**

The status of loan file production in the Tranche 2 Actions is as follows:

| Action | Sample Loans | Loan Files FHFA Has Matched | Additional Loan Files Matched by Defendants | Total Produced | % Produced |
|---|---|---|---|---|---|
| JP Morgan | 11,600 | 9,786 | 782 | 10,568 | 91% |
| Merrill Lynch | 7,300 | 5,831 | | 5,831 | 80% |
| **Totals** | **18,900** | **15,617** | | **16,399** | **87%** |

The status of loan file production in the Tranche 3 and 4 Actions is as follows:

| Action | Sample Loans | Loan Files FHFA Has Matched | Additional Loan Files Matched by Defendants | Total Produced | % Produced |
|---|---|---|---|---|---|
| Credit Suisse | 4,900 | 3,422 | | 3,422 | 70% |
| Deutsche Bank | 4,700 | 1,810 | 1,451 | 3,261 | 69% |
| Goldman Sachs | 4,000 | 3,057 | | 3,057 | 76% |
| Morgan Stanley | 3,400 | 2,793 | | 2,793 | 82% |
| BOA | 3,000 | 2,373 | | 2,373 | 79% |
| Ally | 2,100 | 2,093 | | 2,093 | 99% |

---

[1] There may be additional Loan Files that have been recently produced or processed by FHFA's vendors that are not yet reflected in the table or exhibits to this letter. One inadvertent error in FHFA's April 4, 2013 status letter related to loan files produced by Defendant Deutsche Bank has also been corrected.

2

| Action | Sample Loans | Loan Files FHFA Has Matched | Additional Loan Files Matched by Defendants | Total Produced | % Produced |
|---|---|---|---|---|---|
| HSBC | 1,800 | 1,785[2] | | 1,785 | 99% |
| Citi | 1,000 | 710 | 36 | 746 | 75% |
| Barclays | 800 | 500 | 4 | 504 | 63% |
| Nomura | 700 | 684 | 2 | 686 | 98% |
| First Horizon | 500 | 494 | | 494 | 99% |
| Soc Gen | 400 | 400 | | 400 | 100% |
| **Totals** | **27,300** | **20,121** | | **21,614** | **79%** |

As these tables reflect, the parties have not yet obtained approximately 8,187 Loan Files in FHFA's Samples. By April 19, 2013, FHFA and Defendants expect to receive approximately 4,511 of these Loan Files from 96 originators. An updated list of these originators and the Loan Files FHFA expects each to produce is attached hereto as Exhibit 1.

**Loan Files FHFA Expects to Be Produced From Defendant Originators or Affiliates.**

The following table identifies the approximately 761 outstanding sample Loan Files that FHFA believes are in the possession of Defendant originators or originators that are affiliated with Defendants. If Defendants or their affiliates do not produce all outstanding Loan Files within their possession by April 19, 2013, FHFA will, if necessary, seek the Court's intervention.

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans |
|---|---|---|---|
| Countrywide Home Loans (affiliated with Defendant Bank of America) | 525 | 210 | 315 (according to Goldman Sachs, at least 1 loan file cannot be located) |
| First Horizon Home Loan Corporation (Defendant First Horizon is successor-by-merger) | 34 | 2 | 32 (according to First Horizon, 9 of these loans cannot be located and the remaining 23 will be produced) |
| Washington Mutual (affiliated with the JPMorgan Defendants) | 135 | 120 | 15 |
| Defendant Bank of America | 8 | | 8 |
| Residential Funding Company, LLC (affiliated with Defendant Ally Financial) | 40 | 38 | 2 |

---

[2] Since its April 4, 2013 report to the Court, FHFA has been able to match 99% of the HSBC sample loans. The parties are working to secure the last 15 outstanding Loan Files.

3

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans |
|---|---|---|---|
| Defendant JPMorgan Chase | 9 | 8 | 1 |
| Defendant Bear Stearns | 8 | 8 | 0 |
| Long Beach Mortgage Company (affiliated with the JPMorgan Defendants) | 2 | 2 | 0 |
| **Total** | **761** | **388** | **373** |

**Loan Files FHFA Expects to Receive From Servicers.**

As FHFA and other Defendants previously advised the Court, the parties are likely unable to obtain certain Loan Files from certain originators because, among other things, the respective originators are defunct, have confirmed that they have destroyed their documents, or have performed reasonable searches and have been unable to locate the outstanding sample Loan Files. The revised list of these originators and the number of associated sample Loan Files (approximately 3,676 Loan Files originated by 278 originators) is attached hereto as Exhibit 2. As FHFA has previously advised the Court, it believes that servicers are the best source of these remaining Loan Files. Exhibit 3 includes a list of servicers and the Loan Files each servicer could potentially possess.

As FHFA previously advised, even though FHFA and Defendants sent servicers joint letters seeking confirmation from servicers that they could complete their productions of sample Loan Files by March 15, 2013, a number of outstanding loans have not yet been produced by the subpoenaed servicers. FHFA and Defendants have agreed to give these servicers a new production deadline of April 19, 2013. If a servicer does not complete their productions of sample Loan Files by that date, Defendants will immediately advise FHFA and FHFA and/or Defendants will seek any relief from the Court deemed necessary.

Very truly yours,

*Sascha N. Rand*

Sascha N. Rand

cc: All counsel of record

4

**Exhibit 1 (Sample Loan Files Likely To Be Obtained From Originators)**

| Originator | Outstanding Loans Files Based on FHFA's Records | Additional Loan Files Identified by Defendants as Produced | Outstanding Loan Files Based on All Parties' Records |
|---|---|---|---|
| Option One Mortgage Corp. n/k/a Sand Canyon Corp. * | 938 | | 938 |
| Argent Mortgage Company, LLC | 622 | 31 | 591 |
| Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. * | 956 | 398 | 558 |
| Ameriquest Mortgage Co. * | 340 | 5 | 335 |
| Countrywide Home Loans, Inc. * | 525 | 210 | 315 |
| New Century Liquidating Trust, as Successor to New Century Mortgage Corp., NC Capital Corp., and Home 123 Corp. | 356 | 46 | 310 |
| Aames Capital Corp. and Aames Financial Corp. | 304 | | 304 |
| Ocwen Financial Corporation, as Custodian of Records for NovaStar Mortgage, Inc., n/k/a Novation Companies, Inc. * | 200 | 17 | 183 |
| People's Choice Home Loans, Inc. | 134 | 14 | 120 |
| Decision One Mortgage Co., LLC | 113 | | 113 |
| Wells Fargo Bank, N.A. * | 103 | | 103 |
| Wilmington Finance, Inc. | 98 | 7 | 91 |
| Fremont Investment & Loan, c/o Signature Group Holdings, Inc. | 313 | 225 | 88 |
| Nationstar Mortgage, LLC * | 78 | | 78 |
| Suntrust Mortgage, Inc. * | 77 | 13 | 64 |
| Orchid Island TRS, LLC f/k/a Opteum Financial Services, LLC * | 47 | 4 | 43 |
| Accredited Home Lenders, Inc. | 39 | | 39 |
| MortgageIT, Inc. | 49 | 16 | 33 |
| First Horizon Home Loan Corporation | 34 | 2 | 32 (according to First Horizon, 9 of these loans cannot be located and the remaining 23 will be produced) |
| GMAC Mortgage, LLC * | 26 | | 26 |
| Wachovia n/k/a Wells Fargo & Company * | 22 | | 22 |
| Encore Credit Corp. | 245 | 225 | 20 |
| Plaza Home Mortgage, Inc. | 33 | 18 | 15 |

| Originator | Outstanding Loans Files Based on FHFA's Records | Additional Loan Files Identified by Defendants as Produced | Outstanding Loan Files Based on All Parties' Records |
|---|---|---|---|
| Washington Mutual * | 135 | 120 | 15 |
| EverBank * | 10 | | 10 |
| Mortgage Access Corp. d/b/a Weichert Financial Services | 11 | 1 | 10 |
| Bank of America, N.A. * | 8 | | 8 |
| DHI Mortgage Co., Ltd. | 14 | 7 | 7 |
| Guild Mortgage Company | 7 | 1 | 6 |
| Sutton Bank | 11 | 5 | 6 |
| M&T Bank Corporation, as successor to M&T Mortgage Corporation | 4 | | 4 |
| National City Mortgage Inc., n/k/a PNC Mortgage, Inc.* | 20 | 16 | 4 |
| Stearns Lending, Inc. | 5 | 1 | 4 |
| Bridgefield Mortgage Corp. f/k/a ResMAE Mortgage Corporation | 4 | 1 | 3 |
| Home Loan Center, Inc. | 4 | 1 | 3 |
| Century Mortgage Company | 2 | | 2 |
| Residential Funding Company, LLC, f/k/a Residential Funding Corporation * | 40 | 38 | 2 |
| Wealthbridge Mortgage Corp. f/k/a GFS, Inc. | 3 | 1 | 2 |
| IndyMac Bank, F.S.B. as successor in interest to Cal Bay Mortgage | 1 | | 1 |
| JPMorgan Chase Bank, N.A. * | 9 | 8 | 1 |
| Just Mortgage Co. | 1 | | 1 |
| Weststar Mortgage, Inc. | 1 | | 1 |
| Allied Mortgage Group, Inc. | 5 | 5 | 0 |
| Allstate Funding | 1 | 1 | 0 |
| Allstate Home Loans, Inc. | 2 | 2 | 0 |
| Ambika Associates, LLC d/b/a Ambika Mortgage Solutions | 1 | 1 | 0 |
| American Mortgage Express Financial | 1 | 1 | 0 |
| Amstar | 1 | 1 | 0 |
| Amtrust Mortgage | 1 | 1 | 0 |
| Apex Mortgage Services, LLC | 1 | 1 | 0 |
| Apreva | 1 | 1 | 0 |
| Avaris | 2 | 2 | 0 |
| Bear Stearns | 8 | 8 | 0 |
| Biltmore Bank of Arizona | 2 | 2 | 0 |
| Carteret Mortgage Corp. | 1 | 1 | 0 |

| Originator | Outstanding Loans Files Based on FHFA's Records | Additional Loan Files Identified by Defendants as Produced | Outstanding Loan Files Based on All Parties' Records |
|---|---|---|---|
| Central Pacific Mortgage Company | 2 | 2 | 0 |
| Columbia Home Loans, LLC | 1 | 1 | 0 |
| Custom Mortgage Solutions, LLC | 1 | 1 | 0 |
| Dynamic Capital Mortgage, Inc. | 1 | 1 | 0 |
| Federal Deposit Insurance Corporation as Receiver for American Sterling Bank | 1 | 1 | 0 |
| First Guaranty Financial Corporation | 1 | 1 | 0 |
| First Magnus Financial Corporation | 78 | 78 | 0 |
| First Pactrust Bancorp, Inc., as successor to Gateway Business Bank | 5 | 5 | 0 |
| First Washington Mortgage, LLC | 1 | 1 | 0 |
| Freedom Mortgage Corp. | 6 | 6 | 0 |
| Funding America Mortgage | 2 | 2 | 0 |
| GR Lending Corp. | 1 | 1 | 0 |
| Home Loan Network Corporation | 1 | 1 | 0 |
| Homesouth Mortgage Corporation | 1 | 1 | 0 |
| Jersey Mortgage Company | 1 | 1 | 0 |
| JS Smith Mortgage, LLC | 1 | 1 | 0 |
| Just Mortgage, Inc. | 1 | 1 | 0 |
| Kayco Investments d/b/a PCM Financial Services | 1 | 1 | 0 |
| Lenders Diversified | 3 | 3 | 0 |
| Lending First | 1 | 1 | 0 |
| Long Beach Mortgage Company c/o JP Morgan Chase & Co. | 2 | 2 | 0 |
| Mortgage One & Finance | 1 | 1 | 0 |
| New Freedom Mortgage Corporation n/k/a iFreedom Direct Corporation | 5 | 5 | 0 |
| New World Financial, LLC | 1 | 1 | 0 |
| Old Dominion Mortgage, LLC | 1 | 1 | 0 |
| Pacific Union Financial | 1 | 1 | 0 |
| Platinum Lending Corp. | 1 | 1 | 0 |
| Preferred Mortgage Services, Inc. | 1 | 1 | 0 |
| Priority Funding | 1 | 1 | 0 |
| Sage Credit Corp. d/b/a DCG Home Loans | 3 | 3 | 0 |
| Semidey & Semidey Mortgage Group, LLC | 1 | 1 | 0 |
| Sierra Pacific Mortgage Co., Inc. | 12 | 12 | 0 |
| South Lake Mortgage Bankers, Inc. | 3 | 3 | 0 |

| Originator | Outstanding Loans Files Based on FHFA's Records | Additional Loan Files Identified by Defendants as Produced | Outstanding Loan Files Based on All Parties' Records |
|---|---|---|---|
| South Trust Mortgage Corporation, c/o Wells Fargo Bank, N.A. | 7 | 7 | 0 |
| The Phoenix Lending Group, Inc. | 1 | 1 | 0 |
| Transcontinental Lending | 1 | 1 | 0 |
| UBS Americas, Inc. | 1 | 1 | 0 |
| Unimortgage, LLC | 1 | 1 | 0 |
| Western Residential Mortgage, Inc. | 1 | 1 | 0 |
| Western Thrift & Loan, Inc. | 1 | 1 | 0 |
| WMC Mortgage, LLC | 1 | 1 | 0 |
| | **6,126** | **1,615** | **4,511** |

* indicates entities that are originators and servicers.

**Exhibit 2 (Sample Loan Files Unlikely To Be Obtained From Originators)**

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| Ownit Mortgage Solutions, Inc., f/k/a Oakmont Mortgage Co., Inc. | 494 | 40 | 454 |
| American Home Mortgage Investment Corp. * | 319 | 20 | 299 |
| SouthStar Funding, LLC | 237 | | 237 |
| Oakmont Mortgage Co., Inc. | 164 | | 164 |
| AMC | 144 | | 144 |
| First National Bank of Arizona n/k/a 1st National Bank of Nevada | 132 | | 132 |
| Planet Financial Group, LLC, as successor to Fieldstone Mortgage Company | 125 | 5 | 120 |
| First NLC Financial Services, LLC | 157 | 45 | 112 |
| Bexil American Mortgage, Inc. d/b/a American Mortgage Network, Inc. | 111 | | 111 |
| Mortgage Lenders Network USA, Inc. | 108 | | 108 |
| Unknown (not provided in loan tapes) | 102 | | 102 |
| Chapel Funding | 104 | 21 | 83 |
| Paragon Home Lending Co. | 114 | 44 | 70 |
| GreenPoint Mortgage Funding, Inc. * | 59 | 1 | 58 |
| Huntington Bancshares, Incorporated, as successor by merger to Sky Financial Services, Inc., as successor by merger to Waterfield Mortgage Company | 57 | | 57 |
| Meritage Mortgage Corporation | 54 | | 54 |
| Harbourton Mortgage Investment Corporation | 81 | 29 | 52 |
| LIME Financial Services, Ltd. | 46 | 3 | 43 |
| Bayrock Mortgage Corp. | 54 | 13 | 41 |
| Maribella Mortgage, LLC | 52 | 11 | 41 |
| Crevecore Mortgage, Inc. | 49 | 11 | 38 |
| Sebring Capital Corporation | 35 | 1 | 34 |
| Silver State Financial Services, Inc. d/b/a Silver State Mortgage | 34 | 1 | 33 |
| Pathway Financial, LLC | 39 | 10 | 29 |
| Maxim Mortgage Corp. | 46 | 21 | 25 |
| Lownhome Financial Corporation | 23 | | 23 |
| Market Street Mortgage Corp. | 22 | | 22 |
| Millennium Funding Group | 26 | 4 | 22 |
| Quicken Loans, Inc. | 25 | 3 | 22 |

9

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| Mandalay Mortgage, LLC | 21 | 1 | 20 |
| Prospect Mortgage, Inc., successor to Metrocities Mortgage Corp., LLC, and Metrocities Mortgage Corp., LLC | 31 | 12 | 19 |
| Acoustic Home Loans, LLC | 21 | 3 | 18 |
| Great Northern Financial Group, Inc. | 33 | 15 | 18 |
| Lenders Direct Capital Corporation | 26 | 9 | 17 |
| Mortgage Inv Lending Associates | 17 | | 17 |
| Advent Mortgage, LLC | 23 | 7 | 16 |
| Equity Resources Mortgages, Inc. | 44 | 28 | 16 |
| ComUnity Lending, Inc. | 15 | | 15 |
| Federal Deposit Insurance Corporation as Receiver for NetBank, Inc. | 15 | | 15 |
| Mortgage Warehouse | 15 | | 15 |
| Charlotte Home | 18 | 4 | 14 |
| Eagle Mortgage and Funding, LLC | 19 | 5 | 14 |
| Home Loan Corporation | 26 | 12 | 14 |
| Sebring Capital Partners, L.P. | 15 | 1 | 14 |
| Sunset Direct Lending, LLC | 22 | 8 | 14 |
| Pioneer Mortgage, Inc. | 13 | | 13 |
| Home Loan Expanded | 12 | | 12 |
| MILA, Inc. | 30 | 18 | 12 |
| HomeBanc Mortgage Corporation | 11 | | 11 |
| Metcalf Bank, as successor-in-interest to American Sterling Bank, which was in turn successor to Winstar Mortgage Partners, Inc. | 11 | | 11 |
| Realty Mortgage Corporation | 12 | 1 | 11 |
| USA Funding Corporation | 18 | 7 | 11 |
| W.R. Starkey Mortgage | 14 | 3 | 11 |
| 1st Advantage Mortgage | 10 | | 10 |
| Best Rate Funding Corp. | 17 | 7 | 10 |
| Capitol Mortgage Services, Inc. | 16 | 6 | 10 |
| Moore Financial Services | 11 | 1 | 10 |
| Colorado Federal Savings Bank | 10 | 1 | 9 |
| Commonsense Mortgage, Inc. | 12 | 3 | 9 |
| First Mortgage Company, LLC | 9 | | 9 |
| Flexpoint Funding Corporation | 13 | 4 | 9 |
| MLSG, Inc. | 13 | 4 | 9 |
| Sunset Mortgage Company | 9 | | 9 |

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| Home Savings Mortgage | 9 | 1 | 8 |
| Michigan Fidelity Acceptance Corporation | 8 | | 8 |
| Advantage One Mortgage Corp. | 8 | 1 | 7 |
| Americorp Credit Corp. | 7 | | 7 |
| Centennial Mortgage & Funding, Inc. | 13 | 6 | 7 |
| First Home Mortgage Corporation | 9 | 2 | 7 |
| First Street | 15 | 8 | 7 |
| First Street Financial, Inc. | 7 | | 7 |
| Sterling Financial Corp. as successor in interest to Golf Savings Bank | 7 | | 7 |
| Steward Financial, Inc. | 11 | 4 | 7 |
| Act Mortgage Capital | 6 | | 6 |
| Cornerstone Mortgage, Inc. | 9 | 3 | 6 |
| Flick Mortgage Investors, Inc. | 6 | | 6 |
| GMFS, LLC | 6 | | 6 |
| Liberty Mortgage | 9 | 3 | 6 |
| New Equity Financial Corp. | 10 | 4 | 6 |
| United Financial Mortgage Corporation | 9 | 3 | 6 |
| Coastal Mortgage | 5 | | 5 |
| First Preferred Mortgage Co. | 5 | | 5 |
| Impac Funding Corp. | 15 | 10 | 5 |
| Mid-Atlantic Financial Services, Inc. | 6 | 1 | 5 |
| Novelle Financial Services | 5 | | 5 |
| RBC Mortgage Company | 5 | | 5 |
| Residential Mortgage Capital | 12 | 7 | 5 |
| Secured Bankers Mortgage Company | 11 | 6 | 5 |
| Alliance Bancorp, Inc. | 27 | 23 | 4 |
| Alliance Bankshares Corp. as successor-in-interest to Alliance Mortgage Banking Corp. | 4 | | 4 |
| American Lending Group, Inc. | 5 | 1 | 4 |
| American Mortgage Express | 9 | 5 | 4 |
| Baltimore American Mortgage Corp. | 4 | | 4 |
| Cypress | 5 | 1 | 4 |
| Elite Funding Corp. | 4 | | 4 |
| Estate of Prajna Group Inc., d/b/a Liberty Mortgage Funding | 5 | 1 | 4 |
| Federal Deposit Insurance Corporation as Receiver for Franklin Bank, S.S.B. | 4 | | 4 |

11

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| FMF Capital, LLC | 4 | | 4 |
| Group One Mortgage Corporation | 4 | | 4 |
| HMS Mortgage Corp. | 4 | | 4 |
| Homefield Financial, Inc. | 4 | | 4 |
| Huntington Mortgage Company | 4 | | 4 |
| imortgage.com, Inc. | 6 | 2 | 4 |
| Investaid Corporation | 5 | 1 | 4 |
| Mountain Pacific Mortgage Co. | 4 | | 4 |
| nBank, N.A. | 4 | | 4 |
| PointBank | 6 | 2 | 4 |
| Provident Savings Bank, F.S.B. | 4 | | 4 |
| River Funding Corp. | 6 | 2 | 4 |
| SBMC, Inc. | 4 | | 4 |
| SCME Mortgage Bankers, Inc. | 5 | 1 | 4 |
| Sea Breeze Financial Services, Inc. | 4 | | 4 |
| The Mortgage Outlet, Inc. | 4 | | 4 |
| The Mortgage Store Financial, Inc. | 9 | 5 | 4 |
| TLP Funding d/b/a Betterloans.com | 5 | 1 | 4 |
| Advantix Lending, Inc. | 4 | 1 | 3 |
| Arlington Capital Mortgage Corporation | 3 | | 3 |
| Available Mortgage Funding, LLC | 3 | | 3 |
| BankersWest Funding Corp. | 3 | | 3 |
| Cameron Financial Group, Inc. | 15 | 12 | 3 |
| CBSK Financial Group, Inc. c/o Paracorp Inc. | 6 | 3 | 3 |
| E-Loan, Inc. | 3 | | 3 |
| Evergreen Moneysource Mortgage Co. | 3 | | 3 |
| Fairfield Financial Mortgage Group, Inc. | 4 | 1 | 3 |
| Federal Deposit Insurance Corporation as Receiver for Lydian Private Bank | 3 | | 3 |
| Homebridge Mortgage Bankers Corporation | 4 | 1 | 3 |
| LoanCity, Inc. | 3 | | 3 |
| Montgomery Mortgage Capital Corporation | 3 | | 3 |
| Platinum Direct Funding | 3 | | 3 |
| Premier Mortgage Capital, Inc. | 3 | | 3 |
| Ross Mortgage Corporation | 3 | | 3 |
| Taylor Bean | 3 | | 3 |

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| Texas Capital Bank, N.A. | 4 | 1 | 3 |
| 2CI Direct, LLC | 4 | 2 | 2 |
| Aegis Mortgage Corp. | 21 | 19 | 2 |
| AME | 2 | | 2 |
| Ascent Home Loans, Inc. | 4 | 2 | 2 |
| Barrington Capital Corporation | 2 | | 2 |
| Bell State Bank & Trust as successor to Bell America Mortgage, LLC | 2 | | 2 |
| Choice Capital Funding, Inc. | 2 | | 2 |
| First Bank Mortgage | 9 | 7 | 2 |
| First Capital | 4 | 2 | 2 |
| First Consolidated Mortgage | 6 | 4 | 2 |
| First Financial | 2 | | 2 |
| First Franklin | 2 | | 2 |
| First Greensboro Home Equity, Inc. | 2 | | 2 |
| FT | 2 | | 2 |
| Guaranty Bank of Dallas, Texas, as successor to Guaranty Residential Lending, Inc. | 2 | | 2 |
| Hamilton Mortgage Company | 2 | | 2 |
| Homeview Lending, Inc. | 2 | | 2 |
| JDB Mortgage, Inc. | 5 | 3 | 2 |
| Lancaster Mortgage Bankers, LLC | 2 | | 2 |
| Lender Ltd. | 2 | | 2 |
| Master Financial, Inc. | 7 | 5 | 2 |
| Mega Capital Funding, Inc. | 2 | | 2 |
| Meridias Capital, Inc. | 4 | 2 | 2 |
| Mid America Bank, F.S.B. | 2 | | 2 |
| Mortgage Solutions Management | 2 | | 2 |
| Mylor Financial | 2 | | 2 |
| NV Mortgage, Inc. d/b/a Soma Financial | 2 | | 2 |
| PHM Financial, Inc. | 2 | | 2 |
| Platinum Capital Group | 2 | | 2 |
| PMC Bancorp | 2 | | 2 |
| Prime Lending, Inc. | 2 | | 2 |
| Protofund Mortgage Corporation | 2 | | 2 |
| Quick Loan Funding, Inc. | 9 | 7 | 2 |
| Reunion Mortgage, Inc. | 2 | | 2 |

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| Secured Funding Corp. | 2 | | 2 |
| South Pacific Financial Corporation | 2 | | 2 |
| Sterling Eagle Mortgage | 2 | | 2 |
| Sterling National Mortgage Company, Inc. | 2 | | 2 |
| Stonecreek Funding Corp. | 2 | | 2 |
| Union Street Mortgage, Inc. | 2 | | 2 |
| Virtual Bank | 2 | | 2 |
| Wilmington National | 2 | | 2 |
| Worldwide Financial | 2 | | 2 |
| 1st Mariner Bank | 1 | | 1 |
| ACN | 1 | | 1 |
| ACT Lending Corporation | 1 | | 1 |
| American Mortgage Specialist | 1 | | 1 |
| American Partners Bank | 1 | | 1 |
| American Residential Mortgage, LP | 1 | | 1 |
| Ameritrust Mortgage Co., LLC | 1 | | 1 |
| Amherst Funding Group, LP | 1 | | 1 |
| Atlantic Bancorp of California | 1 | | 1 |
| Atlantis Mortgage Co., Inc. | 1 | | 1 |
| Automated Finance Corporation | 1 | | 1 |
| Bank Millennium | 2 | 1 | 1 |
| BrooksAmerica Mortgage Corporation | 2 | 1 | 1 |
| C & G Financial Services, Inc. | 1 | | 1 |
| C&F Mortgage Corporation | 1 | | 1 |
| Chapel Mortgage Corp. n/k/a DB Home Lending, LLC | 1 | | 1 |
| Charter Bank | 1 | | 1 |
| Cherry Creek Mortgage Co., Inc. | 1 | | 1 |
| Citizens Community Bank | 1 | | 1 |
| Clarion Mortgage | 1 | | 1 |
| Commonwealth United | 1 | | 1 |
| Concord Mortgage, Inc. | 1 | | 1 |
| Corestar Financial Group, LLC | 1 | | 1 |
| Credit Northeast, Inc. | 1 | | 1 |
| CTX Mortgage Company, LLC | 1 | | 1 |
| Direct Mortgage Corporation | 1 | | 1 |
| Equihome Mortgage Corp. | 1 | | 1 |
| Equity Plus | 2 | 1 | 1 |

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| First American Mortgage | 1 | | 1 |
| First Banc | 1 | | 1 |
| First Banc Mortgage, Inc. | 1 | | 1 |
| First Guaranty Mortgage Corp. | 1 | | 1 |
| First Hallmark Mortgage Corp. | 1 | | 1 |
| First Meridian | 1 | | 1 |
| First Rate Capital Corp. | 1 | | 1 |
| First United Mortgage Bank | 1 | | 1 |
| Florida Capital Bank, N.A. | 1 | | 1 |
| Freemont Investment | 1 | | 1 |
| Genisys Financial Corp. | 1 | | 1 |
| George Mason Mortgage | 1 | | 1 |
| Global Home Loans | 1 | | 1 |
| Guaranteed Rate, Inc. | 1 | | 1 |
| Hemisphere Alt-A | 1 | | 1 |
| Home Capital Funding | 2 | 1 | 1 |
| Home Loans USA | 1 | | 1 |
| Home Mortgage Resources | 1 | | 1 |
| Homeland Capital Group, LLC | 1 | | 1 |
| Homeowners Loan Corp. | 1 | | 1 |
| Horizon Direct, Inc. | 1 | | 1 |
| Huntington National | 1 | | 1 |
| Ideal Mortgage Bankers, Ltd. | 1 | | 1 |
| Imperial Lending, LLC | 1 | | 1 |
| Intercontinental Capital Group, Inc. | 1 | | 1 |
| JMO | 1 | | 1 |
| Kellner Mortgage Investments I, Ltd. | 1 | | 1 |
| Kenney Bank and Trust | 1 | | 1 |
| Key Financial Corporation | 1 | | 1 |
| Liberty American Mortgage Corp. | 9 | 8 | 1 |
| Loan Center of California, Inc. | 1 | | 1 |
| Loan Link Financial Services | 3 | 2 | 1 |
| Megastar Financial Corporation | 1 | | 1 |
| MMC | 1 | | 1 |
| Monticello Bank | 1 | | 1 |
| Mortgage Capital Associates, Inc. | 1 | | 1 |
| Mortgage Corporation of America, Inc. | 2 | 1 | 1 |
| Mylor Financial Group, Inc. | 1 | | 1 |

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| Nations First Lending, Inc. | 1 | | 1 |
| Nations Home Lending Center | 1 | | 1 |
| NBGI, Inc. | 1 | | 1 |
| NJ Lenders Corp. | 1 | | 1 |
| North American Mortgage Co. | 1 | | 1 |
| NYMC | 1 | | 1 |
| Oak Street Mortgage, LLC | 4 | 3 | 1 |
| Pacific Community Mortgage | 1 | | 1 |
| Paul Financial, LLC | 1 | | 1 |
| Pinnacle Direct Funding Corporation | 2 | 1 | 1 |
| Pinnacle Financial Corporation | 2 | 1 | 1 |
| Pinnacle Mortgage Group, Inc. | 1 | | 1 |
| Platinum Community Bank | 1 | | 1 |
| Prime Mortgage Financial, Inc. | 1 | | 1 |
| Professional Mortgage Partners, Inc. | 1 | | 1 |
| Right-Away Mortgage | 1 | | 1 |
| River Valley Bancorp n/k/a Pine River Valley Bank | 1 | | 1 |
| SMI | 1 | | 1 |
| Southern Trust Mortgage, LLC | 1 | | 1 |
| Spectrum | 1 | | 1 |
| Spectrum Financial Group | 1 | | 1 |
| Summit Financial Group, Inc. | 1 | | 1 |
| Summit Mortgage, LLC | 1 | | 1 |
| Sunshine Mortgage, LLC f/k/a Sunshine Mortgage Corporation and Madison Mortgage Corporation | 1 | | 1 |
| The Washington Savings Bank | 1 | | 1 |
| Town & Country | 2 | 1 | 1 |
| Transnational | 4 | 3 | 1 |
| Trian, LLC | 1 | | 1 |
| United Federal | 4 | 3 | 1 |
| Universal American Mortgage Company, LLC | 15 | 14 | 1 |
| Valley Vista Mortgage Corp. | 1 | | 1 |
| Vitek Real Estate Industries Group, Inc. | 1 | | 1 |
| Wausau Mortgage Corp. | 1 | | 1 |
| Willow Bend Mortgage Company, LLC | 1 | | 1 |
| WS Mortgage | 1 | | 1 |

16

| Originator | Outstanding Loans Based on FHFA's Records | Loan Files Identified by Defendants as Produced | Total Outstanding Loans Based on All Parties' Records |
|---|---|---|---|
| Zino Financial, Inc. | 1 |  | 1 |
|  | **4,336** | **660** | **3,676** |

**Exhibit 3 (Outstanding Loan Files Likely In Possession of Servicers)**

| Servicer | Outstanding Loans Servicer May Possess[3] | Defendant(s) that Issued Subpoena(s) for the Outstanding Loans[4] |
|---|---|---|
| Ocwen Financial Corporation | up to 4,196 | Goldman Sachs, JPMorgan Chase |
| Wells Fargo Bank | up to 3,797 | Goldman Sachs |
| Homeward Residential Inc. / American Home Mortgage[5] | up to 2,853 | Goldman Sachs, Credit Suisse |
| Bank of America / BAC Home Loans Servicing / Wilshire | up to 2,300 | Goldman Sachs, JPMorgan Chase, Credit Suisse<br><br>FHFA understands that up to 489 of these outstanding loans are being serviced by Wilshire, which is affiliated with Bank of America, and are being produced voluntarily without the necessity of a subpoena. |
| JPMorgan Chase / Chase Home Finance | up to 1,583 | Goldman Sachs, Credit Suisse |
| OneWest Bank / IndyMac Bank, F.S.B. | up to 1,184 | Goldman Sachs |
| Residential Funding Company, LLC / GMAC Mortgage, LLC | up to 1,049 | The parties are not subpoenaing these entities due to bankruptcy. |
| Option One Corp., which transferred its servicing business to Homeward Residential | up to 894 | Credit Suisse |
| Select Portfolio Servicing, Inc. | up to 740 | Goldman Sachs |
| Litton Loan Servicing LP | up to 684 | Bank of America |
| PHH Mortgage Corp. | up to 608 | Bank of America, Goldman Sachs |
| Citi / CitiMortgage, Inc. / ABN AMRO Mortgage Group | up to 434 | Bank of America, Credit Suisse |
| HSBC Bank USA, N.A. | up to 382 | Credit Suisse |

---

[3] As FHFA informed the Court on April 4, 2013, the information concerning which servicers serviced which loans was provided to FHFA by Defendants at FHFA's request.  As Defendants identified multiple potential servicers for some loans, FHFA is, in some instances, unable to determine precisely which loan files each servicer may possess.

[4] Some Defendants have determined that outstanding loans at issue in their cases were not covered by any subpoena to the relevant servicer.  These Defendants have agreed to confer with the relevant servicers and obtain the loans informally or, if necessary, serve a new or amended subpoena.

[5] Homeward Residential Inc. is the successor to American Home Mortgage.

| Servicer | Outstanding Loans Servicer May Possess[3] | Defendant(s) that Issued Subpoena(s) for the Outstanding Loans[4] |
|---|---|---|
| Ameriquest Mortgage Co. | up to 339 | Bank of America; Citi<br><br>Citi has informed FHFA that Ameriquest will complete its production under Citi's subpoena shortly. |
| PNC Bank, N.A. | up to 312 | Goldman Sachs |
| GreenPoint Mortgage Funding | up to 259 | Credit Suisse |
| Countrywide Home Loans | up to 234 | Credit Suisse |
| Nationstar Mortgage, LLC | up to 195 | Credit Suisse, Goldman Sachs |
| Specialized Loan Servicing, LLC c/o Capitol Services, Inc. | up to 191 | Bank of America |
| Capital One, N.A. | up to 156 | Credit Suisse |
| Central Mortgage | up to 153 | FHFA does not have a record that a Defendant issued a subpoena for the MANA 2007-A1 and MANA 2007-A2 Securitizations, which are associated with the Merrill Lynch action. |
| Fifth Third Bank | up to 135 | Credit Suisse |
| Washington Mutual | up to 126 | Credit Suisse |
| Everbank / EverHome Mortgage Company | up to 114 | Credit Suisse, JPMorgan Chase |
| National City Mortgage, Inc. | up to 100 | Goldman Sachs |
| Saxon Mortgage Services, Inc. | up to 100 | Deutsche Bank<br><br>Deutsche Bank has informed FHFA that a production is forthcoming |
| Carrington Mortgage Services, LLC | up to 84 | Deutsche Bank<br><br>Deutsche Bank has informed FHFA that Carrington Mortgage Services made a production to FHFA pursuant to an administrative subpoena. FHFA is confirming whether this production includes loans serviced by Carrington. |
| Wachovia Mortgage Corp. n/k/a Wells Fargo Bank | up to 43 | Credit Suisse |
| Orchid Island TRS, LLC f/k/a Opteum Financial Services, LLC | up to 14 | Bank of America |
| Midland Mortgage Co. | up to 9 | Bank of America, Deutsche Bank<br><br>Deutsche Bank had informed FHFA that Midland Mortgage's production is complete. FHFA is confirming. |
| Cenlar F.S.B. | up to 7 | Bank of America |
| Colonial Savings, F.A. | up to 3 | Ally Securities |

19

| Servicer | Outstanding Loans Servicer May Possess[3] | Defendant(s) that Issued Subpoena(s) for the Outstanding Loans[4] |
|---|---|---|
| Aurora Bank, S.S.B. | up to 1 | FHFA does not have a record that a Defendant issued a subpoena for the RALI 2006-QO4 Securitization, which is associated with the Ally Financial action. |
| HomeComings Financial Network, Inc. | up to 1 | Credit Suisse |