```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :    11 Civ. 5201 (DLC)
                                            :    11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,             :    11 Civ. 6189 (DLC)
                                            :    11 Civ. 6190 (DLC)
                         Plaintiff,         :    11 Civ. 6192 (DLC)
                                            :    11 Civ. 6193 (DLC)
              -v-                           :    11 Civ. 6195 (DLC)
                                            :    11 Civ. 6196 (DLC)
                                            :    11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,                  :    11 Civ. 6200 (DLC)
                         Defendants;        :    11 Civ. 6201 (DLC)
                                            :    11 Civ. 6202 (DLC)
                                            :    11 Civ. 6203 (DLC)
And other FHFA cases.                       :    11 Civ. 6739 (DLC)
                                            :    11 Civ. 7010 (DLC)
                                            :
-------------------------------------------X         ORDER
```

DENISE COTE, District Judge:

In a series of letters beginning April 5, 2013, the parties raised several outstanding discovery issues and requested a conference. A conference was held on April 26, but several issues remain outstanding. It is hereby

ORDERED that a telephone conference will be held to address these issues on **Wednesday, May 1** at **10:30 AM**.

Dated:   New York, New York
         April 30, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge