```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    11 Civ. 5201 (DLC)
                                          :    11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,           :    11 Civ. 6189 (DLC)
                                          :    11 Civ. 6190 (DLC)
                    Plaintiff,            :    11 Civ. 6192 (DLC)
                                          :    11 Civ. 6193 (DLC)
          -v-                             :    11 Civ. 6195 (DLC)
                                          :    11 Civ. 6196 (DLC)
                                          :    11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,                :    11 Civ. 6200 (DLC)
                                          :    11 Civ. 6201 (DLC)
                    Defendants;           :    11 Civ. 6202 (DLC)
                                          :    11 Civ. 6203 (DLC)
And other FHFA cases.                     :    11 Civ. 6739 (DLC)
                                          :    11 Civ. 7010 (DLC)
                                          :
------------------------------------------X         ORDER
```

DENISE COTE, District Judge:

In a letter of May 15, 2013, FHFA raised several issues regarding the UBS defendants' provision of information pursuant to the Court's Expert Scheduling Orders of November 26, 2012 and February 27, 2013. In a letter of May 16, UBS requested time to meet and confer with FHFA regarding these issues. It is hereby

ORDERED that, in the event these issues remain outstanding after meet and confer sessions between the parties, a telephone conference will be held on Monday, **May 20, 2013**, at **2:30 p.m.**

Dated:    New York, New York
          May 16, 2013

                              _____
                                      DENISE COTE
                              United States District Judge