```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :    11 Civ. 5201 (DLC)
                                         :    11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,          :    11 Civ. 6189 (DLC)
                                         :    11 Civ. 6190 (DLC)
                    Plaintiff,           :    11 Civ. 6192 (DLC)
                                         :    11 Civ. 6193 (DLC)
         -v-                             :    11 Civ. 6195 (DLC)
                                         :    11 Civ. 6196 (DLC)
                                         :    11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,               :    11 Civ. 6200 (DLC)
                                         :    11 Civ. 6201 (DLC)
                    Defendants;          :    11 Civ. 6202 (DLC)
                                         :    11 Civ. 6203 (DLC)
And other FHFA cases.                    :    11 Civ. 6739 (DLC)
                                         :    11 Civ. 7010 (DLC)
                                         :
----------------------------------------X        ORDER
```

DENISE COTE, District Judge:

In a conference held on May 24, 2013, counsel for third-party Ocwen Loan Servicing, LLC ("Ocwen") indicated that Ocwen would complete production of the Loan Files in its possession by May 29. It is therefore necessary to adjust the deadlines in the Court's Order of May 21. It is hereby

ORDERED that, in the event Ocwen does not complete its production by May 29, defendants shall move no later than June 3 to compel Ocwen to comply with their subpoenas and take all other steps necessary to ensure immediate production.

IT IS FURTHER ORDERED that the May 31 deadline for identification of Loan Files applicable to the Sample Loans set in the Court's February 27 Supplemental Expert Scheduling Order

for Tranches 3 and 4 is hereby extended to June 7 as to those Loan Files produced by Ocwen after May 22.

Dated:   New York, New York
         May 24, 2013

```
                          _____
                                  DENISE COTE
                          United States District Judge
```